UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CONTINENTAL CASUALTY COMPANY,
AMERICAN CASUALTY COMPANY OF
READING, PENNSYLVANIA, and
CNA CLAIMPLUS, INC.,

        Plaintiff,

v.                                              Case No.  8:05-cv-00310-SCB-TBM

PROFESSIONAL EMPLOYER PLANS, INC.,

        Defendant.
_____/

## ORDER

      This cause comes before the Court on its own.  The Court hereby removes this case from

the Court's September trial calendar and moves it to the December 2006 trial calendar.  The

Court sets the pretrial conference in this case for Monday, November 6, 2006, at 8:30 a.m. before

the Honorable Susan C. Bucklew in Courtroom 14A of the Sam M. Gibbons U.S. Courthouse,

located at 801 North Florida Avenue, Tampa, Florida 33602.

      **DONE AND ORDERED** at Tampa, Florida, this 13th day of September, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record