UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CONTINENTAL CASUALTY COMPANY,
AMERICAN CASUALTY COMPANY OF
READING, PENNSYLVANIA,
CNA CLAIMPLUS, INC.,

    Plaintiffs,

v.    Case No. 8:05-cv-310-SCB-TBM

PROFESSIONAL EMPLOYER PLANS, INC.,

    Defendant.
_____/

**ORDER**

This cause comes before the Court on the following motions: Plaintiff's Motion in Limine to exclude the report and testimony of Defendant's expert, K.C. Gutman, as well as any evidence from Defendants on the experience modification issue (Doc. No. 49); Defendant's Motion in Limine to exclude evidence regarding Gutman's termination from employment with Walt Disney Corporation (Doc. No. 53); and Defendant's Motion in Limine to exclude the report of Plaintiff's expert, Scott Klabacha, and any evidence from Plaintiffs on the experience modification issue (Doc. No. 54).

Having considered these motions, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that:

(1)    Plaintiff's Motion in Limine to exclude the report and testimony of Defendant's expert, Gutman, (Doc. No. 49) is **DENIED**;

(2)    Defendant's Motion in Limine to exclude evidence regarding Gutman's termination (Doc. No. 53) is **DENIED**;

(3) Defendant's Motion in Limine to exclude the report of Plaintiff's expert, Klabacha, (Doc. No. 54) is **DENIED AS MOOT**;

(4) Defendant is directed to file a supplemental expert report in full compliance with Rule 26 of the Federal Rules of Civil Procedure, specifically addressing Defendant's calculation of damages, on or before November 27, 2006;

(5) Plaintiff is directed to file its own expert report in full compliance with Rule 26 of the Federal Rules of Civil Procedure, on or before December 14, 2006; and

(6) Defendant is directed to file any rebuttal expert report on or before January 2, 2007.

**DONE AND ORDERED** at Tampa, Florida, this 6th day of November 2006.

Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge